

# Fourth Court of Appeals

## San Antonio, Texas

February 25, 2014

No. 04-14-00081-CV

**EX PARTE** Efrem G. **CASILLAS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

On February 3, 2014, relator filed an original pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 25th, 2014.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1999CI01979, styled *Efrem G. Casillas v. Imelda L. Arocha*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.